109 A.3d 215

IN THE MATTER OF BRUCE M. RESNICK, AN ATTORNEY AT LAW (ATTORNEY NO. 019431984).

February 27, 2015.

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in

DRB 14–381 of **BRUCE M. RESNICK** of **CHERRY HILL,** who was admitted to the bar of this State in 1985;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(b) (failure to memorialize the rate or basis of the fee), *RPC* 1.15(b) (failure to promptly disburse funds to the party entitled to receive them), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.5(b), *RPC* 1.15(b), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket Nos. XIV–2014–0528E and XIV–2014–0529E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **BRUCE M. RESNICK** of **CHERRY HILL** is hereby reprimanded;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.